# EXHIBIT C



October 1, 2013

Via Email (rachelj@rgrdlaw.com):
Rachel Jensen, Esq.
Robbins Geller Rudman & Dowd LLP
655 W Broadway Suite 1900
San Diego, CA 92101

Re: <u>Makaeff, et al. v. Trump University, LLC, at al.</u>

Dear Ms. Jensen:

Please be advised that I will be associating in as counsel in this matter and will be defending the depositions currently scheduled for this month. That said, I have a few minor scheduling conflicts that hopefully can be easily resolved.

First, I understand that Steve Miller's deposition is currently scheduled for October 16, 2013, in Chicago. I have an argument before the California Court of Appeal that was just scheduled that conflicts with that date, so I request that the deposition be moved up one day to October 15. I have confirmed that Mr. Miller is available on October 15. Please let me know as soon as possible if you are amendable to this date change. If not, we will need to work on finding another mutually acceptable date at some time in the future.

Second, I understand that Gerald Martin's deposition is scheduled for October 23, 2013, in Orlando. Due to family obligations I need to be able to leave Orlando that evening following the deposition (i.e. the deposition will need to conclude by no later than 5:00 p.m.). Accordingly, if you believe that we will not be able to finish by 5:00 p.m. with a 9:00 a.m. start, I request that we begin the deposition at 8:00 a.m. Please let me know if beginning at 8:00 a.m. will be necessary.

Third, I understand that you have noticed the deposition of James Harris for October 25, 2013, in Atlanta. Have you served him with a subpoena? Regardless, I am unavailable on this date as I have a mandatory settlement conference scheduled in another matter. Once you serve Mr. Harris, I would be happy to work with you to find a mutually agreeable date to reschedule this

Rachel Jensen, Esq.
October 1, 2013
Page 2


deposition. I suggest you obtain available dates from the witness and then send me some options and I will let you know which work for me.

Enclosed you will also find our objections to the deposition subpoena of Steven Goff.

I look forward to hearing from you.


Very truly yours,

Jill A. Martin

Enclosures

David K. Schneider (CSB 139288)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: dks@yslaw.com

Jill A. Martin (CSB 245626)
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

Attorneys for Defendants,
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, et al., <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS. | Case No. 10cv0940GPC (WVG) <br><br> <u>CLASS ACTION</u> <br><br> **OBJECTIONS TO REQUESTS FOR PRODUCTION OF DOCUMENTS IN DEPOSITION SUBPOENA OF STEVEN GOFF** |

Mr. Goff objects to the requests for production of documents including but not limited to the following:

No. 1: The request is overbroad, burdensome and oppressive. It also seeks documents protected by the attorney-client privilege.

No. 4: The request is vague and ambiguous, and includes documents protected by Mr. Goff's right to privacy.

No. 5: The requested documents are protected by Mr. Goff's right to privacy and are not relevant or likely to lead to the discovery of admissible evidence.

No. 6: The request is overbroad, burdensome and oppressive.

No. 8: The request seeks proprietary documents protected by Mr. Goff's right to privacy. The request is also overbroad, burdensome and oppressive.

No. 10: The request is overbroad, burdensome and oppressive.

No. 14: The request is overbroad, burdensome and oppressive.

No. 15: The request is overbroad, burdensome and oppressive.

No. 19: The request seeks documents protected by the attorney-client privilege.

Dated: October 1, 2013

By: *Jill A. Martin*
Jill A. Martin
Attorneys for Defendants
TRUMP UNIVERSITY, LLC and
DONALD J. TRUMP

MAKAEFF v. TRUMP UNIVERSITY, LLC, et al.
USDC Case No. 10 CV 0940 IEG (WVG)

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of 18 and not a party to the within action. My business address is One Trump National Dr. Rancho Palos Verdes, CA 90275

ON OCTOBER 1, 2013, I SERVED THE FOLLOWING DESCRIBED AS:

**OBJECTIONS TO REQUESTS FOR PRODUCTION OF DOCUMENTS IN DEPOSITION SUBPOENA OF STEVEN GOFF**

☒   [BY MAIL] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage fully prepaid.

[xx] As follows: I am "readily familiar" with Trump National Golf Club's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Rancho Palos Verdes, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit

| | |
|---|---|
| Amber L. Eck, Esq.<br>Aaron M. Olsen, Esq.<br>ZELDES HAEGGQUIST & ECK, LLP<br>625 Broadway, Suite 1000<br>San Diego, CA 92101<br>Tel:   (619) 342-8000<br>Fax:   (619) 342-7878<br><br>Attorneys for Plaintiffs TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN | Rachel L. Jensen, Esq.<br>Thomas R. Merrick, Esq.<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel:   (619) 342-8000<br>Fax:   (619) 342-7878<br><br>Attorneys for Plaintiffs TARLA MAKAEFF, BRANDON KELLER, ED OBERKROM, SONNY LOW, J.R. EVERETT and JOHN BROWN |

1

PROOF OF SERVICE

1     I declare that I am employed in the office of a member of the bar of this court at whose
2 direction the service was made.
3 Executed on October 1, 2013, at Rancho Palos Verdes, California

_____
LaTonya Vincent