# EXHIBIT E

Trump National Golf Club

October 21, 2013

**VIA MAIL & EMAIL (Ambere@zhlaw.com & RachelJ@rgrdlaw.com):**

Amber Eck, Esq.
Zeldes Haeggquist & Eck, LLP
625 Broadway, Suite 1000
San Diego, CA 92101

Rachel Jensen, Esq.
Robbins Geller Rudman & Dowd LLP
655 W Broadway Suite 1900
San Diego, CA 92101

Re: **Makaeff, et al. v. Trump University, LLC, at al.**

Dear Ms. Eck & Ms. Jensen:

We have received a copy of the new class action complaint, *Cohen v. Donald J. Trump*, Case No. 13 CV2519 DMS RBB, filed by your law firms on Friday, October 18, 2013. Please be advised that in light of this new filing we will not be going forward with the depositions of Gerald Martin, scheduled on October 23, 2013, and Steve Goff, scheduled on October 28, 2013. While you have noticed these depositions under the guise of needing them for purposes of obtaining discovery in the *Makaeff* action (the necessity of which eludes us at this juncture because briefing on the class certification issue is closed and any introduction of additional evidence at this time is improper), it is clear that you will be using these depositions to obtain early discovery to be used in the *Cohen* case. We will not allow this circumvention of the rules.

Additionally, as we previously informed you, we are unavailable for the deposition of James Harris, scheduled to occur in Atlanta on October 25, 2013. While it is our understanding that Mr. Harris believes he was not properly served with the subpoena and therefore will not be appearing, if he does appear and you choose to go forward, we will move to exclude all testimony obtained on the grounds that you unilaterally set the deposition date without conferring with us about our availability in violation of local rules, we advised you of our inability to attend, and you refused to accommodate our request. While we understand your difficulties in communicating with Mr. Harris, this does not excuse your violation of the rules and allow you to take his deposition on a date when counsel for defendants cannot be present. Additionally, as with Mr. Martin's and Mr. Goff's depositions, due to the filing of the *Cohen* matter, proceeding with Mr. Harris' deposition is improper.

c/o Trump National Golf Club Los Angeles, One Ocean Trails Drive, Rancho Palos Verdes, California 90275
tel: 310 303 3225 fax: 310 265 5522 jmartin@trumpnational.com

Very truly yours,

Jill A. Martin

cc: David Schneider (via email)

c/o Trump National Golf Club Los Angeles, One Ocean Trails Drive, Rancho Palos Verdes, California 90275
tel: 310 303 3225 fax: 310 265 5522 jmartin@trumpnational.com