# EXHIBIT G

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| TARLA MARKAEFF, et al. | ) | Civil Action No. |
| | ) | 10CV0940GPC(WVG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRUMP UNIVERSITY, LLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF NON-APPEARANCE

STATE OF FLORIDA )
COUNTY OF ORANGE )

I, Margaret Lowe, Professional Reporter, Notary Public for the State of Florida at Large, do hereby certify that I was present at the offices of Luks, Santaniello, Petrillo & Jones, 255 South Orange Avenue, Suite 750, Orlando, Florida 32746, on Wednesday, October 23, 2013, at 9:00 a.m. for the purpose of reporting the deposition of GERALD MARTIN scheduled to begin at 9:00 a.m., that Amber L. Eck, Esquire was present; and that the deponent did not appear.

Under penalties of perjury, I declare that I have read the foregoing certificate and that the facts stated in it are true.

DATED this 23rd day of October, 2013.

Margaret Lowe

Margaret Lowe
Phipps Reporting
1613 Forum Place, Suite 500
West Palm Beach, Florida 33401

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| TARLA MARKAEFF, et al. | ) | Civil Action No. |
| | ) | 10CV0940GPC(WVG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRUMP UNIVERSITY, LLC, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

STATEMENT OF AMBER ECK, COUNSEL FOR PLAINTIFFS

I have been here since 9:00 a.m. and Mr. Martin has not appeared. Today's deposition date and time was coordinated with and agreed to by Mr. Martin's counsel, Jill Martin, Esq., and as late as two days ago, she agreed that both she and Gerald Martin would be present at the deposition.

I e-mailed Jill Martin at 9:25 a.m. and let her know that if she and Gerald Martin were on their way, she should let me know immediately. I told her that, otherwise, we would enter a notice of nonappearance, and file with the Middle District of Florida today a motion to compel Gerald Martin's appearance, and order to show cause why he should not be held in contempt and sanctions issued.

It is now 10:00 a.m. and Gerald Martin has not appeared, and I have not heard from him or his counsel, Jill Martin. Therefore, the court reporter is entering a Certificate of Nonappearance.

DATED this 23rd day of October, 2013.

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF ORANGE

I, Margaret Lowe, Professional Reporter, certify that I was authorized to and did stenographically report the foregoing statement of Amber Eck, Esquire, and that the foregoing statement is a true and complete record.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 23rd day of October, 2013.

Margaret Lowe

Margaret Lowe
Professional Reporter

A

action (4) 1:4 2:4 3:12,13
ago (1) 2:13
agreed (2) 2:12,13
al (4) 1:4,7 2:4,7
Amber (3) 1:16 2:10 3:7
appear (1) 1:16
appearance (1) 2:17
appeared (2) 2:12,19
attorney (1) 3:10
attorneys (1) 3:11
authorized (1) 3:6
Avenue (1) 1:14
a.m (5) 1:15,16 2:11,14 2:18

B

Beach (1) 1:25

C

cause (1) 2:17
certificate (4) 1:10,18 2:20 3:1
certify (3) 1:13 3:5,9
Civil (2) 1:4 2:4
compel (1) 2:16
complete (1) 3:8
connected (1) 3:12
contempt (1) 2:17
coordinated (1) 2:12
counsel (5) 2:10,12,19 3:10 3:11
COUNTY (2) 1:11 3:3
court (3) 1:1 2:1,19

D

date (1) 2:12
DATED (3) 1:19 2:21 3:14
day (3) 1:19 2:21 3:14
days (1) 2:13
declare (1) 1:17
Defendant (2) 1:8 2:8
deponent (1) 1:16
deposition (3) 1:15 2:12,13
District (5) 1:1,2 2:1,2,16

E

Eck (3) 1:16 2:10 3:7
employee (2) 3:9,11
enter (1) 2:16
entering (1) 2:19
Esq (1) 2:12
Esquire (2) 1:16 3:7
et (4) 1:4,7 2:4,7
e-mailed (1) 2:14

F

facts (1) 1:18
file (1) 2:16
financially (1) 3:12
Florida (8) 1:2,11,13,14,25 2:2,16 3:2
foregoing (3) 1:18 3:6,7
Forum (1) 1:24
further (1) 3:9

G

Gerald (5) 1:15 2:13,15,16 2:18

H

heard (1) 2:19
held (1) 2:17

I

immediately (1) 2:15
interested (1) 3:12
issued (1) 2:17

J

Jill (3) 2:12,14,19
Jones (1) 1:14

K

know (2) 2:14,15

L

L (1) 1:16
Large (1) 1:13
late (1) 2:13
LLC (2) 1:7 2:7
Lowe (4) 1:13,23 3:5,19
Luks (1) 1:14

M

Margaret (4) 1:13,23 3:5,19
MARKAEFF ... 1:4 2:4
Martin (8) 1:15 2:11,12,13 2:14,15,18,19
Martin's (2) 2:12,16
Middle (3) 1:2 2:2,16
motion (1) 2:16

N

nonappearanc... 2:16,20
NON-APPEA... 1:10
Notary (1) 1:13
notice (1) 2:16

O

October (4) 1:15,19 2:21 3:14
offices (1) 1:14
Orange (3) 1:11,14 3:3
order (1) 2:17
Orlando (1) 1:14

P

Palm (1) 1:25
parties (2) 3:10,11
penalties (1) 1:17
perjury (1) 1:17
Petrillo (1) 1:14
Phipps (1) 1:24
Place (1) 1:24
Plaintiff (2) 1:5 2:5
PLAINTIFFS... 2:10
present (3) 1:14,16 2:13
Professional (3) 1:13 3:5,20
Public (1) 1:13
purpose (1) 1:15

R

read (1) 1:17
record (1) 3:8
relative (2) 3:9,10
report (1) 3:6
reporter (5) 1:13 2:19 3:1,5 3:20

**reporting (2)**
1:15,24

S

**sanctions (1)**
2:17
**Santaniello (1)**
1:14
**scheduled (1)**
1:15
**show (1)**
2:17
**South (1)**
1:14
**State (3)**
1:11,13 3:2
**stated (1)**
1:18
**statement (3)**
2:10 3:7,8
**STATES (2)**
1:1 2:1
**stenographica...**
3:6
**Suite (2)**
1:14,24

T

**TARLA (2)**
1:4 2:4
**time (1)**
2:12
**today (1)**
2:16
**Today's (1)**
2:12
**told (1)**
2:15
**true (2)**
1:18 3:8
**TRUMP (2)**
1:7 2:7
**two (1)**
2:13

U

**UNITED (2)**
1:1 2:1
**UNIVERSIT...**
1:7 2:7

V

**v (2)**
1:6 2:6

W

**way (1)**
2:15
**Wednesday (1)**
1:15
**West (1)**
1:25

1

**10CV0940GP...**
1:4 2:5
**10:00 (1)**
2:18
**1613 (1)**
1:24

2

**2013 (4)**
1:15,19 2:21 3:14
**23 (1)**
1:15
**23rd (3)**
1:19 2:21 3:14
**255 (1)**
1:14

3

**32746 (1)**
1:14
**33401 (1)**
1:25

5

**500 (1)**
1:24

7

**750 (1)**
1:14

9

**9:00 (3)**
1:15,16 2:11
**9:25 (1)**
2:14