**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM* TO GERALD MARTIN**

_____

**TARLA MAKAEFF, et al., on behalf of themselves and all others similarly situated,**

        **Plaintiffs,**

**-vs-**                                          **Case No. 6:13-mc-102-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, et al.,**

        **Defendants.**

_____

**ORDER**
**(And Direction to Clerk of Court)**

This cause came on for consideration following review of Plaintiffs' Motion to Compel Compliance with Subpoena *Duces Tecum* and *Ad Testificandum*, and Request for Order to Show Cause Why Non-Party Gerald Martin Should Not Be Held in Contempt and supporting documents (Doc. Nos. 1-2). The motion relates to a deposition that Plaintiffs wish to take in connection with a case that is pending in the Southern District of California. It is **ORDERED** that, by 4:00 p.m. Eastern time on October 25, 2013, Plaintiffs shall file a supplement to their motion addressing whether class certification discovery remains open in the underlying case and the discovery deadline set by the presiding court in that case.

It is **FURTHER ORDERED** that, on or before October 28, 2013, Gerald Martin shall file a response to Plaintiffs' motion and supplemental filing.

After reviewing these additional papers, the Court may schedule a hearing on short notice.

**The Clerk of Court is directed to email this Order to Rachel L. Jensen, Esq., at rachelj@rgrdlaw.com, Jill A. Martin, Esq., at jmartin@trumpnational.com, and to David K. Schneider at dks@yslaw.com.**

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE