UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM* TO GERALD MARTIN | CASE NO. 6:13-mc-102-Orl-37KRS<br><br>CIVIL ACTION NO. 10-CV-0940GPC(WVG) (S.D. Cal.) |
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | PLAINTIFFS' SUPPLEMENT PURSUANT TO THE COURT'S OCTOBER 25, 2013 ORDER |

Pursuant to this Court's October 25, 2013 Order (Dkt. No. 3) ("Order"), Plaintiffs John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("Plaintiffs"), respectfully submit this supplement to their Motion to Compel Compliance with Subpoena *Duces Tecum* and *Ad Testificandum* and Request for Order to Show Cause Why Non-Party Gerald Martin Should Not Be Held in Contempt ("Motion").

Discovery is ongoing in the underlying action pending in the Southern District of California, and the Court did not bifurcate class certification discovery from merits discovery. Accordingly, class certification discovery, like all other fact discovery, remains open, and there is no discovery deadline currently set. For the reasons set forth in their Motion and herein, Plaintiffs seek to take Gerald Martin's ("Martin") deposition prior to the class certification hearing, which the Court recently re-scheduled for November 8, 2013 at 1:30 p.m.

Plaintiffs have long sought the testimony of key Trump University instructors. Plaintiffs first subpoenaed certain key Trump University instructors in May 2012,[1] to support their class allegations that Defendants Trump University LLC and Donald J. Trump ("Defendants") made uniform misrepresentations and omissions to student-victims around the country. As noted in their Motion, Plaintiffs were unable to effectuate personal service at that time. In their motion for class certification, Plaintiffs noted they attempted to serve subpoenas on certain former employees but those persons were evading service. Plaintiffs

---

[1] Plaintiffs' Motion mistakenly said they first noticed instructor depositions in August 2012, but their first subpoenas were issued to James Harris and Mike Kasper in May 2012, and to Steve Goff in August 2012. It was in August 2012 that the process server issued declarations of due diligence averring he was unable to effectuate personal service on former instructors, James Harris, Steve Goff, and Mike Kasper.

also noted they were still receiving documents from Defendants and third parties and reserved their rights to provide further evidence at a later time.

Remarkably, though Plaintiffs requested any and all scripts for Trump University instructors in October 2011, Defendants withheld those scripts until June 2013, after vigorously denying their existence to Plaintiffs and the Court. In July 2013, after finding the scripts in Defendants' document dump, Plaintiffs promptly personally served the subpoena on Martin to obtain his testimony in advance of the class certification hearing, then set for August 16, 2013.

Since July, Plaintiffs have engaged in protracted efforts to schedule Martin's deposition before the class certification hearing. At first, Defendants said their counsel, Mr. David Schneider, was not available until September due to scheduling conflicts. But, when Plaintiffs sought to schedule the deposition in September, Mr. Schneider said he was no longer available and provided the October 23, 2013 date. On October 1, 2013, counsel for Defendants, Ms. Jill Martin, confirmed the October 23, 2013 date for the Martin deposition. It was not until the afternoon of October 21, 2013, that Defendants refused to go forward.[2]

Plaintiffs respectfully request that the Court order Martin to appear for deposition on or before November 1, 2013, so that Plaintiffs may obtain his relevant testimony in advance of the November 8, 2013 class certification hearing.

---

[2] As stated in Plaintiffs' Motion, Defendants' sole reason for instructing Martin not to show up at his deposition on October 23, 2013, was the filing of a related class action against Donald Trump. Defendants will likely argue their prior agreement to produce Martin on October 23, 2013, was contingent on the outcome of Plaintiffs' motion for leave to amend in the underlying case. Defendants' argument has a fatal flaw – they confirmed the deposition on October 1, 2013, and the Court's order denying the motion for leave to amend was not issued until October 7, 2013. The Court should reject their argument out of hand.

DATED: October 25, 2013         ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                MARK DEARMAN
                                Florida Bar No. 982407
                                STUART A. DAVIDSON
                                Florida Bar No. 84824


                                        s/ Mark Dearman
                                       MARK DEARMAN

                                120 East Palmetto Park Road, Suite 500
                                Boca Raton, FL  33432
                                Telephone:  561/750-3000
                                561/750-3364 (fax)

                                ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                JASON A. FORGE
                                RACHEL L. JENSEN
                                THOMAS R. MERRICK
                                655 West Broadway, Suite 1900
                                San Diego, CA  92101
                                Telephone:  619/231-1058
                                619/231-7423 (fax)

                                ZELDES HAEGGQUIST & ECK, LLP
                                AMBER L. ECK
                                HELEN I. ZELDES
                                ALREEN HAEGGQUIST
                                AARON M. OLSEN
                                625 Broadway, Suite 1000
                                San Diego, CA  92101
                                Telephone:  619/342-8000
                                619/342-7878 (fax)

                                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 25, 2013, a true and correct copy of the foregoing was served to the following:

Jill A. Martin
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Telephone (310) 303-3225
Facsimile: (310) 265-5522
Email: jmartin@trumpnational.com

YUNKER & SCHNEIDER
David K. Schneider
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 233-5500
Facsmile:  (619) 233-5535
Email: dks@yslaw.com

Attorneys for Defendants Trump University, LLC and Donald J. Trump

Via Overnight Mail

Gerald Martin
565 Lake Bingham Road
Lake Mary, FL  32746

                   Mark Dearman
                   _____