**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM* TO GERALD MARTIN**

_____

**TARLA MAKAEFF, et al., on behalf of themselves and all others similarly situated,**

        **Plaintiffs,**

**-vs-**         Case No. 6:13-mc-102-Orl-37KRS

**TRUMP UNIVERSITY, LLC, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR SPECIAL ADMISSION OF RACHEL L. JENSEN AND WRITTEN DESIGNATION AND CONSENT TO ACT (Doc. No. 5)**
>
> **FILED:** October 25, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Rachel L. Jensen, Esq., may specially appear in this case as counsel for Movants John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Berkrom, with Mark Dearman, Esq., serving as local counsel. Attorney Jensen shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at

www.flmd.uscourts.gov under "CM/ECF."  Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorney Jensen.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on October 28, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE