# EXHIBIT 1



# YUNKER & SCHNEIDER
A LAW PARTNERSHIP

DAVID K. SCHNEIDER
Direct Dial: 619.233.5562
Email: dks@yslaw.com

August 29, 2013

**_VIA ELECTRONIC MAIL AND HAND DELIVERY_**

Rachel Jensen, Esq.
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re:  **Makaeff, et al. v. Trump University, LLC, et al.**

Dear Rachel:

This letter responds to your last few emails.

Script, PowerPoint and Chapman Documents

As mentioned in my 8/2/13 letter, my client voluntarily ran additional searches for scripts, PowerPoint approvals and Chapman through various email accounts which generated a significant number of "hits." My review of those documents was delayed by plaintiffs' recent filing of their motion for leave to amend. I have now continued to review documents, and defendants will produced non-privileged responsive documents on a rolling basis as the review of documents is completed. The first batch of responsive documents is included on the attached disk and Bates stamped TU 168263-168522.

Deposition Dates for Messrs. Miller, Martin and Goff

As a preliminary matter, plaintiffs still have not served Messrs. Miller or Martin with proper subpoenas. My statement that plaintiffs' counsel should have no further contact with these witnesses referred to interviews—not service. I have made this point before.

Despite my repeated requests, you still have not explained why you "served" and then interviewed the witnesses two weeks before sending me copies of the subpoenas.

Rachel Jensen, Esq.
August 29, 2013
Page 2

Putting aside your conduct, and as a courtesy only, I obtained potential deposition dates for Messrs. Miler, Martin and Goff. But, defendants do not waive any rights regarding the improper subpoenas or the fact that plaintiffs still have not served Messrs. Miller or Martin with proper subpoenas.

Counsel and the witnesses are currently available on the dates below, but reserve confirmation of the depositions until we know the outcome of one or both of the pending motions and related scheduling and/or discovery issues, and the like:

| Steve Miller | 10/16/13 | Chicago |
| Gerald Martin | 10/23/13 | Orlando |
| Steve Goff | 10/29/13 | Houston |

Government Documents

Your 8/27/13 email erroneously states "it has recently come to our attention" that TU provided transcripts and other documents to the NY AG. If you are referring to the deposition transcript of Mr. Sexton concerning the AG's investigation, you have been aware of the deposition and transcript for one year, and I have already addressed the issue with you. If you are referring to something else, please clarify.

Very truly yours,

David K. Schneider

DKS:bb
cc:  Amber Eck, Esq.