# EXHIBIT 4

## Jill Martin

**From:** Amber Eck <ambere@zhlaw.com>
**Sent:** Tuesday, October 22, 2013 7:49 AM
**To:** Jill Martin
**Cc:** Rachel Jensen; Jill Martin; David K. Schneider (dks@yslaw.com); Jason A. Forge
**Subject:** Re: Makaeff v. Trump

Jill - I am already en route, will be at the deposition tomorrow, and will make a record if Mr. Martin does not appear at 9:00 am.

Amber

On Oct 22, 2013, at 7:05 AM, "Jill Martin" <jmartin@trumpnational.com> wrote:

> Rachel- To be clear, as we advised in our letters Mr. Martin will not be appearing so it is unnecessary for Amber to travel to Florida, regardless of whether she has non-refundable airfare.
> Jill
>
> Sent from my iPad
>
> On Oct 21, 2013, at 9:19 PM, "Rachel Jensen" <RachelJ@rgrdlaw.com> wrote:
>
>> Jill –
>>
>> With due respect, Defendants' position is untenable. I will not respond point-by-point to your letter, which contains a number of inaccuracies, but the fact that Plaintiffs have been trying to take these instructors' depositions for over a year speaks for itself. While we do not find it surprising that counsel has come up with yet another excuse to try to further delay these depositions, the excuse is completely inadequate.
>>
>> As you know from our discussions last week, Amber purchased non-refundable airfare to Orlando, and it's less than 24 hours from the check-in time for her hotel, so Plaintiffs have already incurred hard costs for travel to the Martin deposition. Amber will be getting on a plane first thing tomorrow and attending the deposition on Wednesday as the parties agreed to do. The only question is whether your witness will risk being held in contempt of court and penalized because counsel directed him not to show up to his deposition for ill-advised reasons and without a court order excusing his appearance.
>>
>> Rachel
>>
>> **From:** Jill Martin [jmartin@trumpnational.com]
>> **Sent:** Monday, October 21, 2013 5:24 PM
>> **To:** Rachel Jensen; Amber Eck
>> **Cc:** David K. Schneider (dks@yslaw.com)
>> **Subject:** RE: Makaeff v. Trump
>>
>> Rachel,
>> My response to your letter is attached.

1

Very truly yours,

*Jill A. Martin*

Assistant General Counsel - The Trump Organization
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

---

**From:** Heather Brown [mailto:HBrown@rgrdlaw.com]
**Sent:** Monday, October 21, 2013 4:19 PM
**To:** Jill Martin
**Cc:** Rachel Jensen; Amber Eck; 'dks@yslaw.com'; Melissa Bacci; 'ewb@yslaw.com'
**Subject:** Makaeff v. Trump

Ms. Martin:

Please see attached correspondence of today's date from Rachel.

Thank you.

<image001.png>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

2