UNITED STATES DISTRICT COURT

MIDDLE DISTRICT FLORIDA

ORLANDO DIVISON

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM* TO GERALD MARTIN | CASE NO. 13-mc-00102-RBD-KRS<br><br>CIVIL ACTION NO. 10-CV-094GPC (WVG) (S.D. Cal.) |

TARLA MAKAEFF, et al., on Behalf of Themselves and All Other Similarly Situated,

       Plaintiffs,

vs.

TRUMP UNIVERSITY, LLC, et al.,

       Defendants.

                              /

### *UNOPPOSED* MOTION TO MODIFY COURT'S OCTOBER 29, 2013 ORDER

Gerald Martin ("Mr. Martin") and Trump University LLC ("Trump"), hereby move the Court, *unopposed*, to modify the Court's October 29, 2013 Order to move Mr. Martin's deposition by 1 day to Tuesday, November 5, 2013, and in support of this *Unopposed* Motion, Mr. Martin and Trump state the following:

On October 29, 2013, this Court entered an Order and Conditional Notice of Hearing (Dkt. No. 7) ordering that Mr. Martin and his counsel appear for his deposition and produce documents called for in the subpoena *duces tecum* on November 4, 2013 at 9:00 a.m. at Luks, Santaniello, Petrillo & Jones, 255 S. Orange Avenue, Suite 750, Orlando, Florida 32801.

Mr. Martin respectfully requests that the Order be modified to change the date of his appearance by 1 day, from November 4, 2013 to November 5, 2013 (with the same time and

location for the deposition). Mr. Martin makes this request because he is scheduled to be on an airplane on November 5, 2013 returning to Orlando from a business trip (that requires him to be working all day in Boston on Sunday, November 3, 2013) at the time he is ordered to appear, and he is not scheduled to arrive in Orlando until 10:30 a.m. on November 4, 2013.

Should this Court grant Mr. Martin's request, Mr. Martin further requests that the Order be modified to reflect that the hearing date, necessary only in the event he does not appear for his deposition, shall be changed from 1:30 p.m. on Monday, November 4, 2013, to 1:30 p.m. on Tuesday, November 5, 2013 (or any other time the Court is available on November 5, 2013).

Pursuant to M.D. Fla. Local Rule 3.01(g), counsel for Mr. Martin, Jill A. Martin, Esq., conferred with counsel for Plaintiffs and counsel for Plaintiffs, specifically Amber Eck, Esq., has advised that Plaintiffs have no objection to the relief requested herein.

WHEREORE and based upon the foregoing, Mr. Martin and Trump respectfully request that the Court modify its Order to reflect that Mr. Martin's deposition take place on November 5, 2013 instead of November 4, 2013.

Dated: October 29, 2013     Respectfully submitted,

    RUSSOMANNO & BORRELLO, P.A.
    Museum Tower – Penthouse 2800
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 373-2101
    Facsimile: (305) 373-2103

    By:/s/ Herman J. Russomanno III
        Herman J. Russomanno (Fla. Bar No.240346)
        hrussomanno@russomanno.com
        Herman J. Russomanno III (Fla. Bar No. 21249)
        herman2@russomanno.com

        Jill A. Martin, Esq. (*pro hac vice to be filed*)
        One Trump National Dr.
        Rancho Palos Verdes, CA *90275*
        Telephone (310) 303-3225
        Facsimile: (310) *265-5522*
        Email: jmartintrumpnational.com

        *Counsel for Trump University, LLC,*
        *Donald J. Trump and Gerald Martin*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se Parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/  Herman J. Russomanno III